DAVID SHIBLEY, Appellant, v. TRAVELERS INDEMNITY COMPANY, Defendant, and GLENS FALLS INSURANCE COMPANY, Respondent.—

Plaintiff may serve an amended complaint within 20 days from the entry of the order herein, if so advised. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.